being no equally easy opportunity afforded the electorate to make a choice. Young, Hagarty, Carswell, Davis and Johnston, JJ., concur.

BAYORK REALTY CORPORATION, Appellant, v. FLORENCE HUNT and Others, Defendants, and GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of HAMILTON MUTUAL AUTO CASUALTY CORPORATION, Respondent. (Appeal No. 1.)— Motion for an order striking out the brief of the respondent on the ground that it contains matter which is scandalous and irrelevant denied, with ten dollars costs. Present — Hagarty, Scudder, Tompkins, Davis and Johnston, JJ. [See post, p. 544.]

In the Matter of the Application of FLORAL PARK LAWNS, INC., Petitioner, for an Order of Prohibition against MEIER STEINBRINK, Justice of the Supreme Court of the State of New York, and Others, in Connection with the Case of FLORAL PARK LAWNS, INC., Plaintiff, v. ELLEN A. O'CONNELL and Others, Defendants.— Motion for an alternative order of prohibition denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & CO., INCORPORATED, a New York Corporation, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant. — In view of the decision of the appeals herein (post, p. 549), decided herewith, the motion for a stay is dismissed. Present — Scudder, Tompkins, Davis and Johnston, JJ.; Lazansky, P. J., not voting.

BAYORK REALTY CORPORATION, Appellant, v. FLORENCE HUNT and Others, Defendants, and GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of HAMILTON MUTUAL AUTO CASUALTY CORPORATION, Respondent. (Appeal No. 1.) — Order of the County Court of Suffolk county denying motion to strike out a portion of the amended answer of the Superintendent of Insurance affirmed, with ten dollars costs and disbursements. In our opinion, rule 103 of the Rules of Civil Practice may not be invoked to challenge the sufficiency of this defense. (Stern v. Philipsborn, 169 App. Div. 781.) Hagarty, Scudder, Tompkins, Davis and Johnston, JJ., concur. [See ante, p. 544.]

BAYORK REALTY CORPORATION, Respondent, v. FLORENCE HUNT and Others, Defendants, and GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of HAMILTON MUTUAL AUTO CASUALTY CORPORATION, Appellant. (Appeal No. 2.) — Order of the County Court of Suffolk county denying motion for summary judgment affirmed, with ten dollars costs and disbursements. In our opinion, the facts are not conclusively established by the affidavits submitted and it is preferable that a determination should not be made in advance of trial. Hagarty, Scudder, Tompkins, Davis and Johnston, JJ., concur.

MARIE DI BENEDETTO, Respondent, and CHARLES DI BENEDETTO, Plaintiff, v. BOWERY SAVINGS BANK, Appellant, and CITY OF NEW ROCHELLE, Defendant.— Action to recover damages for personal injuries caused by falling on a defective sidewalk in front of the appellant's premises in the city of New Rochelle. Order of the County Court of Westchester county affirming a judgment of the City Court of New Rochelle in respondent's favor and also affirming an order of said City Court denying appellant's motion for a resettlement of said judgment affirmed, with costs. No opinion. Lazansky, P. J., Scudder, Tompkins and Davis, JJ., concur; Johnston, J., dissents and votes for reversal and a new trial, with the